# Order

Michigan Supreme Court
Lansing, Michigan

May 27, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138379

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

    SC: 138379
    COA: 287819
    Huron CC: 07-003624-AV

MICHAEL CHARLES WARD,
     Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the January 23, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

_____
Clerk

p0518